IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In Re:  TRAVIS W. YATES | * | Case No.17-22528 MMH |
| KRISTIN A. GOETZ | * | |
| Debtor(s) | * | |
| | * | Chapter 13 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE

NOW COMES the Debtors, Travis W. Yates and Kristin A. Goetz, by and through undersigned counsel and requests this Honorable Court to dismiss their Chapter 13 Bankruptcy, and in support of this motion, the Debtors states as follows:

1. The Debtors filed their case under Chapter 13 of the Bankruptcy Code.

2. This Court entered an Order Confirming the Debtors' Chapter 13 Plan on August 27, 2018.

3. The Debtors are now separating and will no longer maintain a joint household as a married couple.

4. Due to the changes in the marital and personal status they no longer require or wish for the protection of this Court.

WHEREFORE, the Debtors pray that this Honorable Court dismiss the present, above-captioned case.

Dated: September 13, 2018               Respectfully submitted,

   /s/ Marc A. Ominsky
Marc A. Ominsky, Esq. #13956
Law Offices of Marc A. Ominsky
10632 Little Patuxent Pkwy, Ste 249
Columbia, MD 21044
(443) 539-8712

*Attorney for Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2018 a copy of the aforegoing document was sent electronically by ECF and/or was mailed by first-mail, postage prepaid, to the Chapter 13 Trustee, Nancy Spencer Grigsby, at grigsbyecf@ch13md.com and to:

/s/Marc A. Ominsky
Marc A. Ominsky, #13956

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In Re:  TRAVIS W. YATES | * | Case No.17-22528 MMH |
| KRISTIN A. GOETZ | * | |
| Debtor(s) | * | |
| | * | Chapter 13 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER DISMISSING CASE

Upon consideration of the Debtors' Motion to Dismiss Case, any response thereto, it is by the United States Bankruptcy Court, District of Maryland, hereby

**ORDERED,** that the Debtor's Motion to Dismiss Case is hereby GRANTED, and it is further

**ORDERED,** that the above-captioned case be and hereby is voluntarily dismissed.

**IT IS SO ORDERED.**

**End of Order**

cc:  Debtors
     Debtors' counsel
     Chapter 13 Trustee
     All Creditors