IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In Re:  TRAVIS W. YATES | * | Case No.17-22528 MMH |
| KRISTIN A. GOETZ | * | |
| Debtor(s) | * | |
| | * | Chapter 13 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### LINE WITHDRAWING DOCUMENT NO.72

Marc A. Ominsky, on behalf of the Debtors hereby requests that this Honorable Court withdraw Document #72 (Motion to Dismiss).

Respectfully submitted,

Dated: September 14, 2018

/s/Marc A. Ominsky
Marc A. Ominsky, #13956
Law Offices of Marc A. Ominsky
10632 Little Patuxent Pkwy, Ste # 249
Columbia, MD 21044
(443) 539-8712
Attorney for Debtor